**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 187 WAL 2018
:
             Respondent       :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
                 v.              :
:
:
VICTOR RENELL BROWN,        :
:
             Petitioner       :


## ORDER


**PER CURIAM**

     **AND NOW**, this 8th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.